In the Matter of JAMES GOLDEN et al., Petitioners, against LAZARUS JOSEPH, as Comptroller of the City of New York, Respondent. In the Matter of JOSEPH MORACE, Petitioner, against LAZARUS JOSEPH, as Comptroller of the City of New York, Respondent. In the Matter of WILLIAM F. McLEAN, Petitioner, against LAZARUS JOSEPH, as Comptroller of the City of New York, Respondent. — Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Callahan, Van Voorhis and Breitel, JJ. [See *ante*, p. 655.]

B. W. DYER & COMPANY v. HORACE A. MACKAY et al.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Peck, P. J., Dore, Callahan, Van Voorhis and Breitel, JJ. [See *ante*, p. 653.]

HERMAN WEISENTHAL v. DAVID GOLDSTEIN et al., Doing Business as EVERGLOSS CLEANERS.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Dore, J. P., Cohn, Van Voorhis and Breitel, JJ. [See *ante*, p. 672.]

ERNEST SCHULMAN v. ROYAL INDUSTRIAL BANK et al.— Motion for leave to appeal to the Court of Appeals and for a stay denied, with $10 costs. Present — Peck, P. J., Dore, Cohn, Callahan and Van Voorhis, JJ. [See *ante*, p. 674.]

GENERAL ANILINE & FILM CORPORATION v. BAYER COMPANY, INC., et al.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Peck, P. J., Callahan, Van Voorhis and Breitel, JJ. [See *ante*, p. 668.]

MACEDO SOARES, INC., v. JOSE GUERTZENSTEIN.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Dore, J. P., Cohn, Van Voorhis and Breitel, JJ. [See *ante*, p. 672.]

In the Matter of the Arbitration between TRIMOUNT CLOTHING COMPANY, INC., Appellant, and SIDNEY BLUMENTHAL & CO., INC., Respondent.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Dore, J. P., Cohn, Van Voorhis and Breitel, JJ. [See *ante*, p. 656.]

PAUL KELLNER v. RUSSELL E. DUVERNOY et al.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Peck, P. J., Callahan, Van Voorhis and Breitel, JJ. [See *ante*, p. 653.]

In the Matter of the Accounting of JAMES M. WADE et al., as Substituted Trustees of a Trust Made by WILLIAM H. WOODIN. ANNE W. HARVEY et al., Appellants-Respondents; NORA A. M. WOODIN, Respondent-Appellant.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Breitel, JJ. [See 280 App. Div. 976.]